# Ex. D - Claim Chart
# U.S. Patent No. 7,664,924



**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[pre] In a computer comprising a storage medium and an application running on said computer, a method of controlling write access to said storage medium by said application comprising:** | Sophos offers various software that performs the method of claim 1. Specifically, Sophos offers many applications to protect against electronic threats such as viruses, ransomware, malware, and the like. That software includes features such as Sophos Anti-Virus, Sophos Behavior Monitoring, and/or Sophos Live Protection. For example, the infringing products that incorporate those features include Endpoint Security and Control, Central Endpoint Protection, Intercept X, Intercept X Advanced, Intercept X Advanced with EDR, Home, and Home Premium.<br><br>Sophos Endpoint Security and Control is an integrated suite of security software.<br><br>**Sophos Anti-Virus** detects and cleans up viruses, Trojans, worms, and spyware, as well as adware and other potentially unwanted applications. Our HIPS (Host Intrusion Prevention System) technology can also protect your computer from suspicious files and rootkits. In addition, Malicious Traffic Detector can detect communications between your computer and command and control servers involved in a botnet or other malware attack.<br><br>**Sophos Behavior Monitoring** uses our HIPS technology to protect Windows computers from unidentified or "zero-day" threats and suspicious behavior.<br><br>**Sophos Live Protection** improves detection of new malware without the risk of unwanted detections. This is achieved by doing an instant lookup against the very latest known malware. When new malware is identified, Sophos can send out updates within seconds.<br><br>**Sophos Web Protection** provides enhanced protection against web threats by preventing access to locations that are known to host malware. It blocks endpoints' access to such sites by performing a real-time lookup against Sophos's online database of malicious websites. It also scans downloaded data and files and checks file reputation.<br><br>**Sophos Application Control** blocks unauthorized applications such as Voice over IP, instant messaging, file sharing, and game software.<br><br>**Sophos Device Control** blocks unauthorized external storage devices and wireless connection technologies.<br><br>**Sophos Data Control** prevents the accidental leakage of personally-identifiable information from managed computers.<br><br>**Sophos Web Control** provides protection, control, and reporting for computers that are located, or roam, outside the corporate network.<br><br>**Sophos Client Firewall** prevents worms, Trojans, and spyware from stealing and distributing sensitive information, and also prevents intrusion from hackers.<br><br>**Sophos AutoUpdate** offers fail-safe updating and can throttle bandwidth when updating over low-speed network connections.<br><br>**Sophos Tamper Protection** prevents unauthorized users (users with limited technical knowledge) and known malware from uninstalling Sophos security software or disabling it through the Sophos Endpoint Security and Control interface.<br><br>https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 2 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
| --- | --- |
| **1[pre] In a computer comprising a storage medium and an application running on said computer, a method of controlling write access to said storage medium by said application comprising:** | Relevant features discussed in this chart span the software of Endpoint Security and Control, Intercept X, Intercept X Advanced, Intercept X Advanced with EDR, Central Endpoint, Home, and Home Premium as shown in this charts. Upon information and belief, Endpoint Security and Control is an earlier iteration of the Intercept X & Central Endpoint Suite.<br><br><br><br>https://www.sophos.com/en-us/medialibrary/PDFs/factsheets/sophos-endpoint-license-guide.pdf |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[pre] In a computer comprising a storage medium and an application running on said computer, a method of controlling write access to said storage medium by said application comprising:** | This chart shows an overview of the Sophos Home versus Premium editions.<br><br><br><br>https://home.sophos.com/en-us/free-anti-virus-windows.aspx |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[pre] In a computer comprising a storage medium and an application running on said computer, a method of controlling write access to said storage medium by said application comprising:** | Sophos's software operates and runs on a computer such as a PC, Mac, or Server with a storage medium such as a hard disk or memory. The software controls write access to the computer's storage medium to prevent malicious files from being written to the device, which is a central purpose of the software sold by Sophos. As shown below, Sophos's software analyzes applications running on the computer and blocks activity of the applications that appear to be malicious, including blocking write access.<br><br>Malicious and suspicious behavior detection<br><br>Suspicious behavior detection uses Sophos's Host Intrusion Prevention System (HIPS) to dynamically analyze the behavior of all programs running on the computer to detect and block activity that appears to be malicious. Suspicious behavior may include changes to the registry that could allow a virus to run automatically when the computer is restarted.<br><br>Suspicious behavior detection watches all system processes for signs of active malware, such as suspicious writes to the registry or file copy actions. It can be set to warn the administrator and/or block the process.<br><br>Malicious behavior detection dynamically analyses all programs running on the computer to detect and block activity that is known to be malicious.<br><br>https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 25-26. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | Sophos's software detects attempts by the application to write data to said storage medium. For example, Sophos's "malicious behavior detection" analyses programs running on the computer to detect and block known malicious activity, including attempts to write data to the storage medium. As shown below, using Sophos's Behavior Monitoring, Sophos's "suspicious behavior detection analyzes the behavior of program and watches for signs of malware, such as suspicious writes to the registry or file copy actions." <br><br> Malicious and suspicious behavior detection <br><br> Suspicious behavior detection uses Sophos's Host Intrusion Prevention System (HIPS) to dynamically analyze the behavior of all programs running on the computer to detect and block activity that appears to be malicious. Suspicious behavior may include changes to the registry that could allow a virus to run automatically when the computer is restarted. <br><br> Suspicious behavior detection watches all system processes for signs of active malware, such as suspicious writes to the registry or file copy actions. It can be set to warn the administrator and/or block the process. <br><br> Malicious behavior detection dynamically analyses all programs running on the computer to detect and block activity that is known to be malicious. <br><br> https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 25-26. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | As another example, Sophos's "on-access scanning," detects attempts by the application to write data to said storage medium. For example, on-access scanning detects any attempts to open, save, copy or rename a file, which necessarily includes an attempt by the application to write data to said storage medium. Further, "on-access scanning" may be set to "check files on write." <br><br>  <br><br> https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 7-8. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | In response to the write attempts discussed for limitation 1[a], the Sophos software attempts to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications. For example, the Sophos software utilizes rules, policies, whitelists, authorized lists, and/or exceptions that are stored in a database. For example, Sophos's "Authorized list" includes at lease one permission value (e.g., an authorization) associated with each item on the list, and each item is associated with an application. |

<table>
<tr><td><strong>Authorize</strong></td><td>Users can authorize suspicious items, adware, and PUAs in order to allow them to run on the computer.<br><br>This option applies to both <strong>Authorization manager</strong> and <strong>Quarantine manager</strong>.</td></tr>
</table>

If you want to allow an item that Sophos Anti-Virus has classified as suspicious, you can authorize it as follows.

1. Click **Home > Anti-virus and HIPS > Configure anti-virus and HIPS > Configure > Authorization**.
2. Click the tab for the type of item that has been detected (for example, **Buffer overflow**).
3. In the **Known** list, select the suspicious item.
4. Click **Add**.

The suspicious item appears in the **Authorized** list.

https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 6, 32.

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | As another example, Sophos's software includes "whitelists." Sophos's "whitelist" includes at lease one permission value (e.g., an authorization) associated with each item on the list, and each item is associated with an application.<br><br>Further information<br><br>Given the number of files scanned by Sophos Anti-Virus a look-up can be triggered quite frequently. This is not an event that an end user would see but you may see traffic if monitoring your firewall etc.<br><br>To limit the number of look-ups SophosLabs also whitelists common files, so they will not be scanned, this includes OS files but also common applications. Due to the nature of malware we attempt to reduce the number of look-ups where possible but do not set an arbitrary limit as we do not want to compromise on the protection we offer customers and the rapid response cloud look-ups.<br><br>https://community.sophos.com/kb/en-us/111334 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | In yet another example, Sophos's software includes an allow list. Sophos's "allow list" includes at lease one permission value (e.g., an authorization) associated with each item on the list, and each item is associated with an application. The items on list are stored on a database that include data elements encoding permission values, e.g., "authorized," that are associated with the items on the list. While an allow list is maintained by SophosLabs, the list is provided to and stored in the computer to "improve performance."<br><br>How does it work?<br><br>LiveProtection will perform a lookup for any file it suspects of being malware; the following events will trigger a lookup<br><br>• Whenever a file is added to the endpoint's quarantine manager.<br>• Whenever reported internally by the anti-malware engine that a file is deemed suitably suspicious.<br>• Whenever reported internally by anti-malware engine that a file is to be checked against a allow list defined by SophosLabs. [The allow list is maintained by SophosLabs and contains a list of common and system files which the product should cache to improve performance.]<br><br>https://community.sophos.com/kb/en-us/110921 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | In yet another example, Sophos's software may exclude certain files, folder, and/or drives from on-access scanning. The information regarding the excluded files, folders, and/or drives are store on a database that include data elements encoding permission values, e.g., specifying not to scan. The values are associated with one or more applications (e.g., the applications within the files, folder, and/or drives). <br><br> **5.4.1 Exclude items from on-access scanning** <br><br> **Important** <br> If a management console is used to administer Sophos Endpoint Security and Control on this computer, it may override any changes you make here. <br><br> To edit the list of files, folders, and drives that are excluded from on-access scanning: <br><br> 1. Click **Home > Anti-virus and HIPS > Configure anti-virus and HIPS > Configure > On-access scanning**. <br> 2. Click the **Exclusions** tab, and then choose one of the following options. <br>     • To specify a file, folder, or drive that should be excluded from on-access scanning, click **Add**. <br>     • To delete an exclusion, click **Remove**. <br>     • To change an exclusion, click **Edit**. <br> 3. To add or edit an excluded item, in the **Exclude item** dialog box, select the **Item type**. <br> The **All remote files** item type is for excluding files that are not stored on local drives. You might select this if you want to increase speed of access to such files and you trust the available remote file locations. <br> 4. Specify the **Item name** by using the **Browse** button or typing in the text box. <br><br> https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 21 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | Similarly, Sophos's software may exclude certain file types from on-access scanning. The information regarding the file types are stored on a database that include data elements encoding permission values, e.g., specifying files types to scan. The values are associated with one or more applications (e.g., by file extension type).<br><br>5.2.6 Specify on-access scanning file extensions<br><br>**Important**<br>If a management console is used to administer Sophos Endpoint Security and Control on this computer, it may override any changes you make here.<br><br>You can specify which file extensions are scanned during on-access scanning.<br><br>1. Click **Home > Anti-virus and HIPS > Configure anti-virus and HIPS > Configure > On-access scanning**.<br>2. Click the **Extensions** tab, set the options as described below.<br>**Scan all files**<br>Click this to enable scanning of all files, regardless of the filename extension.<br>**Allow me to control exactly what is scanned**<br>Click this to restrict scanning to only files with a particular filename extension, specified in the extension list.<br><br>https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 11 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | As yet another example, Sophos's software causes "threat identity (IDE)" files to be stored on a database in the computer. The IDE files include a permission value indicating whether the item is malicious. The database is comprised of data elements encoding at least one permission value (malicious or not) associated with the one or more applications. <br><br>  <br><br> https://community.sophos.com/kb/en-us/110921 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | In the case where no permission value for the running application is found in the database (e.g., the application is not authorized, whitelisted, allowed, excluded or present on an IDE file) the Sophos software transmits a query (e.g., a "DNS query") comprised of an indicia of identity associated with said running application (e.g., "certain file data") to a central server operatively connected to the computer and to at least one additional computer. (e.g., Sophos's SophosLabs server). For example, this step occurs via "live lookups" to "check suspicious files."<br><br>**Enable Live Protection**<br>If the anti-virus scan on an endpoint computer has identified a file as suspicious, but cannot further identify it as either clean or malicious based on the threat identity (IDE) files stored on the computer, certain file data (such as its checksum and other attributes) is sent to Sophos to assist with further analysis.<br><br>The in-the-cloud checking performs an instant lookup of a suspicious file in the SophosLabs database. If the file is identified as clean or malicious, the decision is sent back to the computer and the status of the file is automatically updated.<br><br>https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 28 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | As an example, the software "Automatically trigger[s] live lookups to SophosLabs to check suspicious files."<br><br>Anti-virus and HIPS policies – virus, spyware, PUA, intrusion prevention<br>Implementing our anti-virus protection also provides you with a complete host intrusion prevention system (HIPS) and in-the-cloud real time protection without the need for complex installation and configuration. It enables you to quickly and easily implement a range of protection technologies - unique pre-execution scanning, runtime analysis, buffer overflow and live protection - that all combine to proactively detect malware and suspicious files and behavior.The policy lets you specify scanning requirements for on-access, on-demand, scheduled, and web scanning and you can opt to exclude particular file types where they are known to pose no threat. By default, computers will use the following standard policy:<br>• Scan all files that are vulnerable to malware.<br>• Deny access to any file that contains a virus, spyware, etc.<br>• Display an alert on the desktop of any computer where a virus or PUA is found.<br>• Automatically trigger live lookups to SophosLabs to check suspicious files<br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/sophosendpointsecurityanddataprotectionrgna.pdf at 14 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | More specifically, the "endpoint" (i.e., the computer) can perform cloud look-ups against individual files to determine if safe/malicious. This lookup (i.e., query) will necessarily comprise an indicia of identity associated with sad running application for SophosLabs to "lookup" the application in the database.<br><br><br><br>https://community.sophos.com/kb/en-us/110921 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | Sophos's software on the endpoint performs the lookups over DNS queries as shown below.<br><br>## Lookups - further information<br><br>LiveProtection performs a lookup to ensure the most up to date protection as new information could have been discovered about the file since the last time it was scanned.<br><br>Lookups contain a limited amount of information and are designed to help SophosLabs analysts to package up specific malware related information (such as function bytes or other properties required) to increase accuracy of detections.<br><br>Lookups are performed over DNS and the average endpoint perform a large number lookups per day depending on the level of activity. During scheduled and on-demand scans the number will increase as all files on the system will be accessed which triggers an increased number of lookups compared to normal operations.<br><br>https://community.sophos.com/kb/en-us/110921<br><br>## How does it work<br><br>In some IDEs, SophosLabs include special instructions to trigger a live lookup for more up-to-date threat information. When one of the lookup-enabled identities is triggered, generic information about the threat and the detection is sent to SophosLabs using SXL, a protocol/framework designed and maintained by Sophos that runs over DNS queries. If new information is available the endpoint receives it in the SXL response and adjusts its behavior accordingly. Also, if based on the lookup information, SophosLabs deem the file interesting for further research the endpoint automatically uploads the sample.<br><br>When a lookup-enabled detection is triggered by the on-access scanner, on-demand scanner, or runtime HIPS, the SAV service performs a specially crafted DNS query that includes generic information about the file and the detection features, to the sophosxl.net name servers. It then takes action(s) based on the response it gets.<br><br>https://community.sophos.com/kb/en-us/111334 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | The SophosLabs server is connected to at least one additional computer. For example, each endpoint with Sophos's Live Protection technology is operatively connected to the SophosLabs server. As another example, additional computers are associated with Sophos's agents who analyze malware and provide updates to the server based on the analysis.<br><br>SophosLabs keeps a round-the-clock watch on new threats, with experts analyzing new malware across every time zone and delivering the fastest, smallest updates.<br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/sophosendpointsecurityanddataprotectionrgna.pdf at 14 |

Ex. D – Claim Chart
U.S. Patent No. 7,664,924

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | The server is connected to numerous additional computers, as shown below.<br><br><br><br>Figure 3: SophosLabs data sources and threat intelligence services<br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/oem-solutions/sophos-threat-intelligence-dsna.pdf at 3 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The Sophos software causes the computer to receive from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer. For example, the computer receives a response from the server that includes data indicating the status of the file.<br><br>**· Enable Live Protection**<br>  If the anti-virus scan on an endpoint computer has identified a file as suspicious, but cannot further identify it as either clean or malicious based on the threat identity (IDE) files stored on the computer, certain file data (such as its checksum and other attributes) is sent to Sophos to assist with further analysis.<br>  The in-the-cloud checking performs an instant lookup of a suspicious file in the SophosLabs database. If the file is identified as clean or malicious, the decision is sent back to the computer and the status of the file is automatically updated.<br><br>https://docs.sophos.com/esg/endpoint-security-and-control/10-6/help/en-us/PDF/sesc_h.pdf at 28 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | As another example, the computer receives a response from the server that includes data indicating an action to take.<br><br>How does it work<br><br>In some IDEs, SophosLabs include special instructions to trigger a live lookup for more up-to-date threat information. When one of the lookup-enabled identities is triggered, generic information about the threat and the detection is sent to SophosLabs using SXL, a protocol/framework designed and mantained by Sophos that runs over DNS queries. If new information is available the endpoint receives it in the SXL response and adjusts its behavior accordingly. Also, if based on the lookup information, SophosLabs deem the file interesting for further research the endpoint automatically uploads the sample.<br><br>When a lookup-enabled detection is triggered by the on-access scanner, on-demand scanner, or runtime HIPS, the SAV service performs a specially crafted DNS query that includes generic information about the file and the detection features, to the sophosxl.net name servers. It then takes action(s) based on the response it gets.<br><br>Currently available actions include:<br><br>• Ignore the detection, for instance if the file is known to be detected as a false positive<br>• Treat the detection as malware<br>• Treat the detection as suspicious<br>• Request a sample (performed only if allowed by the policy and, please note, only applies to executable files)<br><br>https://community.sophos.com/kb/en-us/111334 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The data in the response mentioned previously represents the collective response of the user of the at least one additional computer. The data is based on the "aggregating telemetry" of the additional computers operatively connected to the server.<br><br><br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/oem-solutions/sophos-threat-intelligence-dsna.pdf at 3 |

Ex. D – Claim Chart
U.S. Patent No. 7,664,924

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | Moreover, Sophos's agents (i.e., its experts) review threat information using an additional computer operatively coupled to the server. The expert's response via the additional computer is stored in the server and is represented by the data in the response that is sent to the computer.<br><br><br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/oem-solutions/sophos-threat-intelligence-dsna.pdf at 3 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---------|-----------------|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The data in the response, mentioned in the last slide represents the collective response of the user of the at least one additional computer. For example, Sophos's agents (its experts) use an additional computer to provide responses.<br><br>SophosLabs keeps a round-the-clock watch on new threats, with experts analyzing new malware across every time zone and delivering the fastest, smallest updates.<br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/sophosendpointsecurityanddataprotectionrgna.pdf at 14 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | SOPHOS PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | As another example, Sophos uses additional computers for its sandbox. During review of files in the sandbox, a user of the additional computer provides a response related to the file. The central server provides the collective response to the endpoint.<br><br>**Dynamic Analysis [Cloud Sandbox]**<br>SophosLabs Cloud Sandbox utilizes the latest analysis techniques to identify malicious files for unmatched visibility into unknown files.<br><br>**Key Features**<br><br>**Malware and Potentially Unwanted Apps (PUA) detections**<br>‣ Sophos antivirus file and memory detections<br>‣ Sophos Intercept X machine learning, CryptoGuard, and WipeGuard technologies<br><br>**Known Malware Families**<br>‣ Yara patterns deep memory scans<br>‣ Behavior patterns – IOCs attributed to malware<br><br>**Other Malicious Behaviors**<br>‣ Evasion – anti-sandbox and anti-virtual machine tactics<br>‣ Cryptomining<br>‣ Deception technology<br><br>https://www.sophos.com/en-us/medialibrary/pdfs/factsheets/oem-solutions/sophos-threat-intelligence-dsna.pdf at 6 |